UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARILYN GONZALEZ CEPEDA,

        Plaintiff,

vs.                                                 Civil Action No.:
                                                       7:19-CV-08685-KMK-PED

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
-----------------------------------------------------------X

## ORDER

AND, NOW, this 28 day of January, 2020, the parties' proposed schedule in this matter is GRANTED. The schedule is set as follows:

- Plaintiff's motion and brief are due March 23, 2020;

- Defendant's motion and brief are due May 22, 2020; and

- Plaintiff's reply, if any, is due June 12, 2020.

                                                                       _____
                                                                       ~~Kenneth M. Karas~~
                                                                       ~~United States District Judge~~

                                                                               MAG. JUDGE DAVISON